

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-89,352-01

### EX PARTE KENNETH RYAN GRIMET, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NUMBER 145985101010 IN THE 248TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

This is a post-conviction application for a writ of habeas corpus forwarded to this Court pursuant to TEX. CODE CRIM. PROC. art. 11.07, § 3, *et seq.* Applicant was convicted of engaging in organized criminal activity, and punishment was assessed at twenty years' confinement. The Fourteenth Court of Appeals affirmed his conviction. *Grimet v. State*, No. 14-16-00243-CR (Tex. App.—Houston[14th] Aug. 3, 2017) (not designated for publication).

The Court received this writ application on Dec. 28, 2018. On Jan. 30, 2019, this Court denied it. Applicant filed an amended application in the trial court on Jan. 14, 2019.

We did not receive it until after we entered our order. Therefore, we reconsider the application. After reconsideration on its own motion, the Court finds that the application should be denied on the merits. Accordingly, the Court enters an order denying this application.

Applicant's writ application is denied.

DO NOT PUBLISH
DELIVERED: May 8, 2019